# GILBERT LILLY AND THOMAS BOSTON
## v.
# HUBERT LACROIX

## 1810

### Journal Entries

1. Rule to bring body . . . . . . . . *Journal, infra,* *p. 309
2. Special bail . . . . . . . . . . . . . " 313
3. Judgment . . . . . . . . . . . . . " 351

### Papers in File

1. Precipe for capias . . . . . . . . . *Printed in Vol. 2*
(Case 250)